```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 19, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL PALAGUACHI,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

    Plaintiff,

v.

W 46 RESTAURANT LLC
    d/b/a CHAZZ PALMINTERI, *et al.*,

    Defendants.

---

Case No.: 18-cv-3886

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff MANUEL PALAGUACHI are hereby dismissed, without prejudice, in their entirety as against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 19, 2018

For Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
cklee@leelitigation.com

**SO ORDERED**

*/s/ Katherine Polk Failla*
_____
Hon. Katherine Polk Failla, U.S.D.J.

July 19, 2018
_____
Dated